**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JEFFREY ELMORE**                                                                          **PLAINTIFF**
**ADC #091418**

**v.**                                    **Case No. 4:24-cv-00357-KGB**

**LANIKA COOKSIE,** *et al.*                                                      **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Benecia B. Moore (Dkt. No. 6). *Pro se* plaintiff Jeffrey Elmore filed objections to the Recommendation (Dkt. No. 7). After conducting a *de novo* review of the record, the Court determines that Mr. Elmore's objections break no new legal ground. The Court specifically notes in this regard that Mr. Elmore's claim in his objections that his complaint form did not allow him to choose between personal and official capacity claims is unfounded (*Id.*, ¶ 1); the form upon which Mr. Elmore wrote his amended complaint explicitly asks in which capacity the claims are brought (Dkt. No 5, at 2). Further, even if Mr. Elmore sued defendants in their personal capacities, for the reasons stated in the Recommendation, the Court still would dismiss the claims. The Court therefore overrules Mr. Elmore's objections (Dkt. No. 7), and the Court adopts the Recommendation in its entirety as this Court's findings in all respects (Dkt. No. 6). Mr. Elmore's amended complaint is dismissed without prejudice (Dkt. No. 5). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith. The Court recommends that, in the future, this dismissal be considered a "strike" for purposes of 28 U.S.C. § 1915(g).

It is so ordered this 16th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge